Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Costco Wholesale Corporation, | ) | |
|---|---|---|
| | ) | Case No: 4:15-cv-00941 |
| Plaintiff(s), | ) | |
| | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| | ) | **PRO HAC VICE** |
| Johnson & Johnson Vision Care, Inc., | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | |

I, Shylah R. Alfonso, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Costco Wholesale Corporation in the above-entitled action. My local co-counsel in this case is David P. Chiappetta, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 | Perkins Coie LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 359-8000 | (415) 344-7000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| SAlfonso@perkinscoie.com | DChiappetta@perkinscoie.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 33138.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/09/15

Shylah R. Alfonso
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Shylah R. Alfonso is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/11/2015

*Haywood S. Gill Jr.* (signature)

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 33138 |
| OF | ) | **CERTIFICATE** |
| SHYLAH R. ALFONSO | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**SHYLAH R. ALFONSO**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 21, 2002, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 2nd day of March, 2015.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court