UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br>          Plaintiff,<br>   v.<br>JOHNSON & JOHNSON VISION CARE INC,<br>          Defendant. | Case No. 15-cv-00941-HSG<br>**ORDER RELATING CASES**<br>Re: Dkt. Nos. 10, 11, 21, 23, 37, 39 |

Before the Court are six administrative motions to consider whether eleven cases filed in this District are related to the above-captioned matter. Defendant Johnson & Johnson Vision Care Inc. filed a Response stating that it has "no objection" to treating these actions as related. Dkt. No. 34.

The Court finds that all twelve of the actions "concern substantially the same parties, property, transaction, or event," and that "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Accordingly, the Court determines that the following cases are related to 3:15-cv-00941-HSG and reassigns them to the undersigned for all future proceedings:

- 3:15-cv-01001-JCS
- 3:15-cv-01028-EDL
- 3:15-cv-01045-JSC
- 5:15-cv-01064-EJD
- 3:15-cv-01095-EDL
- 3:15-cv-01092-JCS

- 4:15-cv-01090-DMR
- 3:15-cv-01097-MEJ
- 5:15-cv-01093-BLF
- 3:15-cv-01123-EDL
- 3:15-cv-01124-JCS

The parties are instructed that any future filings in the reassigned cases are to bear the initials of the undersigned immediately after the case number. The case management conferences in the reassigned cases will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any noticed dates for motion hearings are vacated and must be re-noticed by the moving party before the undersigned. Any deadlines set by the ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

Dated: March 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge