# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br>        Plaintiff,<br>    v.<br>JOHNSON & JOHNSON VISION CARE INC,<br>        Defendant. | Case No. 15-cv-00941-HSG<br><br>**ORDER RELATING CASES**<br>Re: Dkt. No. 40 |

Before the Court is an administrative motion to consider whether *Hewitt v. Alcon Laboratories, Inc.*, numbered 3:15-cv-01196-EDL and filed in this District, is related to the above-captioned matter. The time to file an opposition has passed.

The Court finds that the actions "concern substantially the same parties, property, transaction, or event," and that "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a). Accordingly, the Court determines that 3:15-cv-01196-EDL is related to 3:15-cv-00941-HSG and reassigns it to the undersigned for all future proceedings.

The parties are instructed that any future filings in the reassigned case are to bear the initials of the undersigned immediately after the case number. The case management conference in the reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any noticed dates for motion hearings are vacated and must be re-noticed by the moving party before the undersigned. Any deadlines set by the ADR Local Rules remain in effect.

1    **IT IS SO ORDERED.**

2    Dated: March 24, 2015

3    _____
HAYWOOD S. GILLIAM, JR.
4    United States District Judge