UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOANNE BUCKLEY, et al.,

          Plaintiffs,

    v.

COOPER VISION, INC., et al.,

        Defendants.

Case No.  15-cv-01212-MEJ

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Costco Wholesale Corporation v. Johnson & Johnson Vision Care Inc*, 15-cv-00941-HSG.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California