UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT WATSON,<br><br>          Plaintiff,<br><br>     v.<br><br>COOPER VISION, INC., et al.,<br><br>          Defendants. | Case No.  15-cv-01276-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Costco Wholesale Corporation v. Johnson & Johnson Vision Care Inc*, 15-cv-00941-HSG.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge