**PERKINS COIE LLP**
DAVID P. CHIAPPETTA, *State Bar No. 172099*
*DChiappetta@perkinscoie.com*
MARA BOUNDY, *State Bar No. 287109*
*MBoundy@perkinscoie.com*
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

DAVID J. BURMAN, *Pro Hac Vice*
*DBurman@perkinscoie.com*
SHYLAH R. ALFONSO, *Pro Hac Vice*
*SAlfonso@perkinscoie.com*
DAVID S. STEELE, *Pro Hac Vice*
*DSteele@perkinscoie.com*
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff,
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, | Case No. 15-cv-00941 HSG |
| Plaintiff, | **STIPULATED REQUEST TO ENLARGE TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS AND ORDER** |
| v. | |
| JOHNSON & JOHNSON VISION CARE, INC., | **[Civil L.R. 6-2]** |
| Defendant. | Complaint Filed:   March 2, 2015 |

It is stipulated between Plaintiff Costco Wholesale Corporation ("Costco") and Defendant Johnson & Johnson Vision Care, Inc. ("J&J") by their respective attorneys as follows:

1. The parties previously stipulated to extend J&J's deadline to answer or otherwise respond to Costco's complaint to April 17, 2015;

2. On April 17, 2015, J&J filed a motion to dismiss Costco's complaint under Federal Rule of Civil Procedure 12(b)(6);

3. J&J noticed the motion for hearing before this Court on July 2, 2015;

4. The parties now agree to extend Costco's deadline to oppose J&J's motion to May 29, 2015;

5. The parties further agree that J&J's reply brief in support of its motion is due on or before June 12, 2015;

6. Beyond previously stipulating to extend J&J's time to respond to the complaint, the parties have not otherwise requested extensions of any deadlines from this Court.  Enlarging Costco's time to respond will not alter any existing deadlines or the current case schedule.

**IT IS SO STIPULATED.**

DATED:  April 24, 2015                     **PERKINS COIE LLP**

By:  _/s/  Shylah R. Alfonso_
David J. Burman, *Pro Hac Vice*
DBurman@perkinscoie.com
Shylah R. Alfonso, *Pro Hac Vice*
SAlfonso@perkinscoie.com
David S. Steele, *Pro Hac Vice*
DSteele@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

David P. Chiappetta, *State Bar No. 172099*
DChiappetta@perkinscoie.com
Mara Boundy, *State Bar No. 287109*
MBoundy@perkinscoie.com
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Plaintiff,
COSTCO WHOLESALE CORPORATION

DATED: April 24, 2015          **PATTERSON BELKNAP WEBB & TYLER LLP**

By:   */s/   William F. Cavanaugh*
       William F. Cavanaugh, *State Bar No. 133461*
       *wfcavanaugh@pbwt.com*
       1133 Avenue of the Americas
       New York, NY  10036
       Telephone:  212.336.2000
       Facsimile:  212.336.2222

Attorneys for Defendant,
JOHNSON & JOHNSON VISION CARE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 27, 2015          *[signature: Haywood S. Gilliam Jr.]*
       The Honorable Haywood S. Gilliam, Jr.
       UNITED STATES DISTRICT JUDGE

## **ATTESTATION**

I, Shylah R. Alfonso, do hereby declare pursuant to Civil L.R. 5(i)(3) that concurrence in the filing of the foregoing document has been obtained from Defendant's counsel, William F. Cavanaugh, on this 24th day of April, 2015.

                                            */s/ Shylah R. Alfonso*
                                                Shylah R. Alfonso