# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODIE ALLEY, et al., <br>     Plaintiffs, <br> v. <br> COOPER VISION, INC., et al., <br>     Defendants. | Case No. 15-cv-01646-VC <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Haywood Gilliam, Jr. for consideration of whether the case is related to Costco Wholesale Corp. v. Johnson & Johnson Vision Care, Inc., 3:15-cv-00941-HSG.

**IT IS SO ORDERED.**

Dated: May 15, 2015

VINCE CHHABRIA
United States District Judge