1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COSTCO WHOLESALE CORPORATION,

Plaintiff,

v.

JOHNSON & JOHNSON VISION CARE INC,

Defendant.

Case No.  15-cv-00941-HSG

**ORDER RELATING CASES**

Re: Dkt. Nos. 71, 72

Before the Court is an administrative motion and a judicial referral to consider whether the following cases filed in this district are related to the above-captioned matter:

- 3:15-cv-01646-VC, *Alley et al. v. Cooper Vision, Inc. et al.*

- 3:15-cv-02129-EDL, *Parker v. Cooper Vision, Inc. et al.*

- 3:15-cv-02094-EDL, *Collins et al. v. Alcon Labs., Inc. et al.*

The time to file an opposition to the motion has passed.

The Court finds that the actions "concern substantially the same parties, property, transaction, or event," and that "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Civ. L.R. 3-12(a).  Accordingly, the Court determines that the above-listed cases are related to 3:15-cv-00941-HSG and reassigns them to the undersigned for all future proceedings.

The parties are instructed that any future filings in the reassigned cases are to bear the initials of the undersigned immediately after the case number.  The case management conferences in the reassigned cases will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Federal Rules of Civil Procedure 16 and 26

accordingly.

Unless otherwise ordered, any noticed dates for motion hearings are vacated and must be re-noticed by the moving party before the undersigned.  Any deadlines set by the ADR Local Rules remain in effect.

**IT IS SO ORDERED.**

Dated: May 20, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California